Exhibit A

11-2024-CA-001004-0001-XX

Filing # 198176964 E-Filed 05/13/2024 02:01:18 PM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN, professionally     Case No.
known as JUDGE JUDY,

                     Plaintiff,

      v.

Accelerate360 and A360 Media, LLC,


                   Defendants.

**COMPLAINT AND DEMAND FOR SPEEDY JURY TRIAL PURSUANT TO FLA.
STAT. § 415.1115**

      Plaintiff Judge Judy Sheindlin, professionally known as "Judge Judy," sues defendants

Accelerate360 and A360 Media, LLC (collectively the "Defendants"), and alleges as follows:

**NATURE OF THIS ACTION**

    "A lie can travel around the world and back again while the truth is lacing up its boots."

                 ― Mark Twain

      1.      We learn this truth at an early age:  a good reputation takes a lifetime to build, and

a moment to tarnish.  Judy Sheindlin, better known as the wise, trusted Judge Judy, recently re-

learned this truth in a perverse, painful way.

      2.      On April 10, 2024, Defendants first prominently published the article "Inside Judge

Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder" in

*InTouch Weekly* which were subsequently republished elsewhere.  Exs. A, B.

      3.      The digital and print editions of the *National Enquirer* also published by

Defendants screamed on their front pages, "True crime! Judge Judy's FIGHT FOR LYLE &

1

ERIK!" with a photo of the Judge placed next to photos of the two brothers and with the headline, "BALONEY! Judge Judy on Warpath to save Menéndez bros." Exs. C, D.

4.    Judge Sheindlin was as floored as any reader to read those headlines, and to "learn" the following:

• that convicted murderers Lyle and Erik Menendez "gained a powerful ally in their quest for a retrial—Judge Judy Sheindlin";

• that Judge Sheindlin claimed in the FOX Nation docuseries *Menendez Brothers: Victims or Villains* that "the proceedings that put the brothers in prison were 'rigged!'";

• that Judge Sheindlin "recall[ed] realizing Superior Court Judge Stanley M. Weisberg intended to run the second trial in a 'very, very different' manner than he had the first"; and

• that Judge Sheindlin "begged Leslie Abramson —defense attorney for the accused —to demand Weisberg recuse himself in favor of a new trial judge."

5.    Sensational, headline-grabbing copy?  To be sure.  Accurate?  No.

6.    As a judge's stock in trade is her reputation, these defamations are especially damaging in that they strike at the heart of Judge Sheindlin's good reputation.

7.    Over the course of decades as an arbitrator on one of America's most watched television programs, and before that as a public servant, Judge Sheindlin has developed a well-deserved reputation as a fair, deliberate, wise, and no-nonsense judge of people and facts.  Judge Sheindlin's remarkable success in cultivating her positive reputation was reflected in a 2013 *Reader's Digest* poll, which found that Americans trusted Judge Sheindlin more than they did all nine members of our United States Supreme Court.[1]

---

[1] Debra Cassens Weiss, *Justice Ginsburg is close behind Judge Judy on most trusted list*, ABA Journal, May 8, 2013, *available at* https://www.abajournal.com/news/article/justice_ginsburg_is_close_behind_judge_judy_on_most_trusted_list.

2

8.      In one fell swoop, Judge Sheindlin's lifetime-cultivated reputation has taken a body blow in the form of an account replete with "facts" diminishing her to a rube, a fool—or worse.

9.      Indeed, reproach and humiliation ensued immediately following the appearance online of the defamatory articles.  Judge Sheindlin was skewered variously with hatred, distrust, ridicule, contempt or disgrace—precisely as one would expect upon being told she questioned the fairness of the trial convicting the Menendez brothers.  What follows are just a few examples of the ensuing vitriol and ridicule:[2]

Jerry Guskiewicz _12d ago_

Judge Judy should be in jail herself for having a big mouth.

Reply(1)        ⌂ 2        ⌄

Sputnik _13d ago_

Another dementia judge

Reply        ⌂ 0        ⌄

Don Moore _13d ago_

i knew she was a dumbass

Reply        ⌂ 1        ⌄

---

[2] Ex. E. (John Quinn, _Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder_, InTouch Weekly, April 10, 2024, _available at_ https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s-quest-to-save-the-menendez-brothers-nearly-35-years-after-their-parents-murder.)

**Audrey Franco** 13d ago

I'm in total shock. Judge Judy trying to help them.... it's gotta be a first..

⊜ Reply        △ 4                                                                    ↻

**kim zenner** 13d ago

time for Judy to qiut!

⊜ Reply        △ 5                                                                    ↻

**Melinda Sutton** 13d ago

fire her save them no way

⊜ Reply        △ 2                                                                    ↻

**Ronnie Morris** 13d ago

these three clowns

⊜ Reply        △ 2                                                                    ↻

**Garvin** 13d ago

Judge Judy is an arrogant know it all

⊜ Reply(2)        △ 5                                                                 ↻

**April Curry** 13d ago

shes no better then they

⊜ Reply        △ 4                                                                    ↻

**GP** 13d ago

Stupid old hag

⊜ Reply          ⌂ 5                                        ⇩

**Trish Everley** 13d ago

not a smart judge after all

⊜ Reply          ⌂ 3                                        ⇩

**Steven Jacobs** 13d ago

Judge Judy has nothing better to do the old hag

⊜ Reply(1)        ⌂ 7                                       ⇩

**JeannineF** 13d ago

Judge Judy needs to step away. She must be bored or she would
n't touch this.

⊜ Reply          ⌂ 4                                        ⇩

**Kays** 13d ago

Judy must be suffering from dementia

⊜ Reply          ⌂ 9                                        ⇩

**WonderfulWade** 13d ago

Let them both out! They can stay at her house, in the basement. U
nbelievable!

⊜ Reply          ⌂ 8                                        ⇩

**British American** 13d ago

Guilty as charged, plus dragging your parents name in the dirt stuf
f. judge judas

⊜ Reply          ⌂ 7                                        ⇩



E   **Elizabeth Montero** 13d ago

She has lost her mind

≣ Reply     ⬆ 14                                    ⬇

J   **Pisces** 13d ago

Judy-Wrong!!!

≣ Reply     ⬆ 12                                    ⬇

🌸   **whatever who cares** 13d ago

Listen OLD LADY....let them move in with you then.

≣ Reply(5)     ⬆ 24                                 ⬇

C   **cindy overall** 13d ago

Shocked at that.. her respectability just went way down!

≣ Reply(1)     ⬆ 10                                 ⬇

🐼   **wanda clark** 13d ago

she was never a good judge

≣ Reply     ⬆ 2                                     ⬇

10.    The articles are replete with unequivocal falsehoods as:

- Judge Sheindlin never made any of the statements attributed to her;

- Judge Sheindlin never attempted to intercede for the Menendez brothers; and

- Judge Sheindlin never spoke to Leslie Abramson about any of these matters.

6

11.     Worse yet, Defendants' defamatory publications have all the hallmarks of knowledge of falsity or reckless disregard of the truth of their publications' contents:

- Defendants entirely misquoted source material, which had properly identified the actual speaker of the challenged statements by a name other than Judy Sheindlin;

- No credible, reasonable, or justifiable explanation exists for substituting Judge Sheindlin's name with that of the actual speaker—an individual *identified onscreen* in a docuseries as "Judi Zamos," and as an "Alternate Juror, First Trial"; and

- Defendants were motivated by a desire to generate more headlines, a bigger audience, and more ad revenue through the inclusion of Judge Sheindlin, despite the lack of any basis for doing so.

12.     Nor is this a case of a publication failing to run an intense investigation.  A review of the documentary source interview and a simple internet search would have sufficed to reveal the truth, and thereby enabled Defendants to have avoided publication of a defamatory story, had they so wished.

13.     By this action, Plaintiff brings suit to protect and repair her own good reputation, to seek redress for Defendants' tarnishing of it, and to deter Defendants from, in the future, subjecting Plaintiff or another individual to being lied about to millions of people.

## JURISDICTION AND CHOICE OF LAW

14.     This Court has jurisdiction because Plaintiff seeks relief in an amount greater than $50,000, exclusive of interest, costs and attorneys' fees.

15.     This Court has personal jurisdiction over the Defendants as follows:

a.     Defendants committed tortious acts within the State of Florida, thereby satisfying Florida's long-arm statute, Fla. Stat. § 48.193(1)(a).

7

b.      Defendants published the false and defamatory statements in the *National Enquirer*, a publication that circulates in Florida.

c.      Defendants made the false and defamatory statements about a Florida resident that appeared on websites, including but not limited to, *InTouch Weekly*, *National Enquirer*, Magzter, News Break, Instagram, and *Yahoo Entertainment*, which are accessible in Florida and were in fact accessed in Florida.

d.      Alternatively, Defendants caused injury to persons or property within the State of Florida while performing services within Florida, and/or Defendants' products were used or consumed within Florida in the ordinary course of commerce, trade, or use, thereby satisfying Florida's long-arm statute, Fla. Stat. § 48.193(1)(a).

e.      Defendants committed intentional torts expressly aimed at Plaintiff, the effects of which were suffered in this circuit, where she resides.  Defendants' intentional conduct was calculated to cause injury to Plaintiff in Florida, where she resides.  Based on their intentional tort, Defendants should have reasonably anticipated being hauled into this Court and due process is satisfied.

f.      Venue is proper in this Court pursuant to Fla. Stat. § 47.011 because the claim at issue accrued within this circuit.

16.     Florida law applies to Plaintiff's claim pursuant to the Restatement (Second) of Conflict of Laws § 150 because she is a resident and citizen of the State of Florida, and a resident of Collier County, and the false and defamatory statements were published therein.  *See Bishop v. Fla. Specialty Paint Co.*, 389 So. 2d 999, 1001 (Fla. 1980) (adopting the Restatement (Second) of Conflict of Laws for torts).

8

17.     Plaintiff on the date of the subject incident was 81 years of age, and accordingly invokes Fla. Stat. § 415.1115 to advance the trial on the docket.

## FACTS GIVING RISE TO THE CLAIMS

18.     Plaintiff has spent decades as a public servant, first as a prosecutor and then as a judge, prior to becoming one of America's leading television personalities.

19.     *Judge Judy* debuted on September 16, 1996, and ran for 25 seasons until July 23, 2021.  It remained the top Nielsen-rated court show, regularly drew nine to ten million viewers daily,[3] and won Daytime Emmy Awards in 2013, 2016, and 2017.[4]

20.     After *Judge Judy* wrapped in 2021, Plaintiff launched *Judy Justice*, which debuted in November 2021.[5]  It won a Daytime Emmy Award in just its first season,[6] and has broken streaming records.[7]

21.     For decades, Plaintiff has drawn in viewers to her programs based on her application of tough but fair judgment.

---

[3] *Queen Bee Productions Judy Sheindlin*, Variety 500, *available at* https://variety.com/exec/judge-judy/.

[4] Judy Sheindlin Awards, IMDb, *available at* https://www.imdb.com/name/nm0005419/awards/.

[5] Mikey O'Connell, *Judge Judy, Having Conquered Streaming, Returns to Regular TV*, Hollywood Reporter, January 24, 2024, *available at* https://www.hollywoodreporter.com/tv/tv-news/judge-judy-sheindlin-judy-justice-syndication-premiere-1235806501/.

[6] Lynette Rice, *Creative Arts & Lifestyle Emmy Awards: 'The Kelly Clarkson Show' Triumphs; 'Judy Justice' Wins First Emmy*, Deadline, June 18, 2022, *available at* https://deadline.com/2022/06/creative-arts-lifestyle-emmy-awards-winners-1235048310/#comments.

[7] Curt Schleier, *From 'Judge Judy' to 'Judy Justice*,*'* Hadassah Magazine, January 2022, *available at* https://www.hadassahmagazine.org/2022/01/03/judge-judy-judy-justice/; Lynette Rice, *Creative Arts & Lifestyle Emmy Awards: 'The Kelly Clarkson Show' Triumphs; 'Judy Justice' Wins First Emmy*, Deadline, June 18, 2022, *available at* https://deadline.com/2022/06/creative-arts-lifestyle-emmy-awards-winners-1235048310/#comments; Dominic Patten, *'Judy Justice' Renewed for Season 2 at IMDb TV; Courtroom Series Clocks Record Viewership for Streamer*, Deadline, March 8, 2022, *available at* https://deadline.com/2022/03/judy-justice-renewal-season-2-imdb-tv-amazon-1234972973/.

22.     Judge Sheindlin was born in Brooklyn, the child of a dentist and office manager. She graduated from James Madison High School, American University in Washington, D.C.,  and New York Law School.

23.     After she passed the New York State Bar examination, she worked as a corporate attorney and then as a prosecutor in the New York family-court system.  She was appointed by New York mayor Ed Koch as a family-court judge and later promoted to supervising judge in the family court's Manhattan division.

24.     By 1993, Judge Sheindlin had gained a national reputation for her efforts to make the court system work for the good of all people.  Following publication of a 1993 *Los Angeles Times* article,[8] she was featured in a segment on CBS's *60 Minutes*.  In 1996, she retired as a judge, having heard more than 20,000 cases.[9]

25.     On April 10, 2024, Defendants published an article, via their publication *InTouch Weekly*, entitled "Inside Judge Judy's Quest to Save the Menendez Brothers."  Ex. A.  That article prominently featured a photo of Plaintiff, flanked on both sides by photos of the notorious Menendez brothers, who were convicted of the murder of their parents.  *Id.*  The article claimed that the Menendez Brothers  "have gained a powerful ally in their quest for a retrial — Judge Judy Sheindlin."  *Id.*  The article claimed that "[a]ccording to the popular TV jurist, the proceedings that put the brothers in prison were 'rigged!'" and that "Sheindlin, 81, sat in on much of the pair's second trial in the 1990s after their first ended with deadlock juries.  But in the FOX Nation

---

[8] Josh Getlin, *Law and Disorder: Tart, tough-talking Judge Judith Sheindlin presides over the grim pageant of dysfunction known as Manhattan's family court. 'I can't stand stupid, and I can't stand slow,' she snaps*, Los Angeles Times, February 14, 1993, *available at* https://www.latimes.com/archives/la-xpm-1993-02-14-vw-307-story.html.

[9] Dr. Vikas Shah MBE DL, *A Conversation With Judge Judith Sheindlin (Judge Judy) On Justice, Humanity, Conflict & Legacy*, Thought Economics, October 19, 2023, *available at* https://thoughteconomics.com/judge-judy/.

docuseries *Menendez Brothers: Victims or Villains*, the expert recalls realizing Superior Court Judge Stanley M. Weisberg intended to run the second trial in a 'very, very different' manner than he had the first." *Id.* Finally, the article claimed that "Sheindlin says she begged Leslie Abramson — defense attorney for the accused — to demand Weisberg recuse himself in favor of a new trial judge, but the seasoned lawyer dismissed the idea by saying, 'Better the devil you know.'" *Id.*

26.     Defendants also disseminated this same article through a post on their Instagram, as well as through their News Break account, where the article generated numerous views and comments.[10]

27.     The article received a significant boost in readership when Yahoo! Inc., reposted the same article in its *Yahoo Entertainment* section, amplifying the reach of the article by placing it on one of the most visited forums on the internet.  Ex. B.[11]

28.      The article was unequivocally false.  It entirely misquoted its source material, which *identified the speaker of the challenged statements by name*—an individual identified onscreen in the docuseries as "Judi Zamos," and as an "Alternate Juror, First Trial."  Judge Sheindlin has never gone by the name Judi Zamos, nor was she an alternate juror in the Menendez trial.

29.     Nor did Plaintiff ever indicate any support for the Menendez brothers, or question the fairness of their trial.  She did not sit in on their trials, nor did she ask the Menendez brothers' defense attorney to request that the judge there recuse himself.

---

[10] Ex. E. (John Quinn, *Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder*, InTouch Weekly, April 10, 2024, *available at* https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s-quest-to-save-the-menendez-brothers-nearly-35-years-after-their-parents-murder.)

[11] Somewhat strangely, while the original article was credited to John Quinn, the reposted Yahoo! article was credited to Michael Gioia, even though the content appears to be identical.

30.     Defendants, motivated by the need to drive internet traffic and clicks to fuel their ad revenue, published the falsehoods that Plaintiff was sympathetic to and had acted in favor of notorious murderers.

31.     According to David Pecker, former chairman and CEO of A360 Media, LLC's predecessor, making up stories and obsessing with ratings are par for the course for the *National Enquirer*.  Mr. Pecker recently testified about *National Enquirer* that:

a. In 2016, its "research" department fabricated a story that Senator Ted Cruz's father was photographed with Lee Harvey Oswald, by combining pictures of Senator Cruz's father with pictures of Lee Harvey Oswald[12];

b. Its in-house researchers calculated and assigned a score or rating for potential stories to maximize profits,[13] and executives would receive "report cards" rating how well publications would sell.[14]

32.     The lies Defendants manufactured, which were then disseminated through the *National Enquirer, InTouch Weekly*, *Yahoo Entertainment* and other sites, have damaged Plaintiff's hard-earned reputation, telling millions of readers that Plaintiff not only challenged the

---

[12] Transcript of Direct Examination of David Pecker at 1031, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 23, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-23-2024/00094.html.

[13] Transcript of Cross Examination of David Pecker at 1277, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 25, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-25-2024/00180.html; Transcript of Direct Examination of David Pecker at 916-17, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 22, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-22-2024/00099.html.

[14] Transcript of Direct Examination of David Pecker at 921, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 22, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-22-2024/00104.html.

fairness of a conviction of two of the most notorious criminals in recent history but had sought to aid the two murderers.

33.       After Plaintiff publicly indicated that she would seek to right the wrong done to her reputation, Defendants removed the April 10 article from the online edition of *InTouch Weekly*. As of the date of this filing, however, the article continues to appear in internet search engine results and in other accounts controlled by Defendants, including the News Break account run by Defendants.[15]  Worse yet, as discussed below, Defendants subsequently chose to proceed with the publication of the defamatory piece, as a front-page story no less, in their April 22 *National Enquirer* print edition. Ex. D.

34.       Plaintiff served litigation holds and notices to Defendants on April 18, 2024.

35.       Although Defendants necessarily conceded these articles were false, they did not issue a retraction, apology, or correction.  They claimed in a response, dated on April 24, 2024, that the *InTouch Weekly* author mistakenly confused Judi Zamos with Plaintiff, yet offered no explanation as to whether, and if not, why not, the reporter at issue had actually watched the docuseries episode where Judi Zamos is clearly labeled as "Judi Zamos, alternate juror," and if he had attempted to confirm whether Judi Zamos was the same person as Judge Judy.

36.       Moreover, on April 22, 2024[16]—twelve days after the original article published by Defendants on April 10, and four days after Plaintiff's notice letter on April 18—Defendants

---

[15] Ex. E. (John Quinn, *Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder*, InTouch Weekly, April 10, 2024, *available at* https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s-quest-to-save-the-menendez-brothers-nearly-35-years-after-their-parents-murder.)

[16] In a May 3, 2024, communication to Plaintiff's counsel, Defendants via A360 Media, LLC's General Counsel claimed that the *National Enquirer* article allegedly went "to print" on April 3 prior to the April 10 *InTouch Weekly* article.  No matter.  Even if true, Defendants still chose to "publish" the *National Enquirer* article on April 22.  *See Publish*, Merriam-Webster (Online Edition 2024) ("to make *generally* known"; "to disseminate to the *public*.") (emphases added).

published, both in print and digital,[17] *substantially the same statements* in their publication the

*National Enquirer*—teasing the article with photos of Judge Judy and the Menendez Brothers *on*

*the front page*.  Exs. C, D.  The front page teaser screams, "True crime! Judge Judy's FIGHT FOR

LYLE & ERIK!" with a photo of the Judge and the two brothers.  Ex. C.

37.     Within the April 22, 2024, *National Enquirer* issue came the shrieking title

"*BALONEY! Judge Judy on Warpath to save Menéndez bros*."  Ex. D.  The article claimed that the

Menendez Brothers   "have gained a powerful ally in their quest for a retrial—Judge Judy

Sheindlin!"  *Id.*  It continued: "[a]ccording to the popular TV jurist, the proceedings that put the

brothers in prison were 'rigged!'" and that "Sheindlin, 81, sat in on much of the pair's second trial

in the 1990s after their first ended with deadlock juries.  But in the FOX Nation docuseries

*Menendez Brothers: Victims or Villains*, the mouthy expert recalls realizing Superior Court Judge

Stanley M. Weisberg intended to run the second trial in a 'very, very different' manner than he

had the first!"  *Id.*  Finally, the article claimed that "Sheindlin says she begged Leslie Abramson

— defense attorney for the accused—to demand Weisberg recuse himself in favor of a new trial

judge, but the seasoned lawyer dismissed the idea by saying, 'Better the devil you know.'"  *Id.*

38.     Defendants published substantially the same statements just four days after being

placed on notice that those statements were false and defamatory, thus knowingly making these

false and defamatory statements.

39.     Plaintiff served litigation holds and notices to Defendants on April 29, 2024,

regarding the April 22 *National Enquirer* article.

_____

Nor does their letter address or dispute that the April 22 *National Enquirer* edition would have
remained on newsstands and in circulation after the April 18 notice letter.

[17] Including on the website Magzter.  Ex. F. (National Enquirer, *BALONEY! Judge Judy on
Warpath to save Menéndez bros*, Magzter, April 22, 2024, *available at*
https://www.magzter.com/stories/celebrity/National-Enquirer/BALONEY.)

40.     Defendants have still not removed the April 22, 2024, *National Enquirer* article, nor per information and belief have they requested or caused to be removed, a separate publishing of the same article via the website Magzter, Inc.[18]

41.     Defendants have still not removed the April 10, 2024, *InTouch Weekly* article from News Break.[19]

42.     Nor is this the first time that Defendants have lied about Plaintiff.  As just one example, in 2017, the *National Enquirer* posted as follows:

> The National ENQUIRER and sister publication The National Examiner recently published articles which stated that Judge Judy Sheindlin suffered from "brain disease," was "fighting" both Alzheimer's and depression, and is "hiding a heartbreaking medical crisis." We also published articles which stated that Judge Judy cheated on her husband, and that her daughter Nicole Sheindlin faced jail time for refusing to serve on a jury. None of these statements are true, and we unequivocally retract them.[20]

43.     All conditions precedent to the bringing and maintenance of this action have been performed, have occurred, or have been waived.

---

[18] Ex. F. (National Enquirer, *BALONEY! Judge Judy on Warpath to save Menéndez bros*, Magzter, April 22, 2024, *available at* https://www.magzter.com/stories/celebrity/National-Enquirer/BALONEY.)

[19] Ex. E. (John Quinn, *Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder*, InTouch Weekly, April 10, 2024, *available at* https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s-quest-to-save-the-menendez-brothers-nearly-35-years-after-their-parents-murder.)

[20]   J.R. Taylor, *Apology Regarding Judge Judy and Nicole Sheindlin*, National Enquirer, September 20, 2017, *available at* https://www.nationalenquirer.com/celebrity/apology-regarding-judge-judy-nicole-sheindlin/.

**FIRST CAUSE OF ACTION**
**(Defamation *per se*)**

44.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation set forth above, as though fully set forth herein.

45.     Defendants defamed Plaintiff to millions of readers by publishing false statements that she was an ally to the Menendez brothers, that she said the proceedings against them were rigged, that she participated in their trial, that she realized the judge in that trial would run the second trial differently than the first, and that she asked the Menendez brothers' defense attorney to ask the judge to recuse himself.

46.     Given the absence of any factual basis for these false statements, Defendants published them knowing they were false statements or with reckless disregard of whether they were false or not.  Nor did Defendants publish the false statements in good faith, as there is no basis for Defendants to claim an honest mistake of facts or a reasonable ground for believing the contents of the false statements were true.

47.     Defendants' false published statements about Plaintiff tend to subject her to hatred, distrust, ridicule, contempt or disgrace, by painting her as a sympathizer of convicted felons who murdered their parents.

48.     Defendants' false published statements about Plaintiff tend to injure her in her profession.  Plaintiff's fairmindedness and good judgment of both character and facts are among the essential reasons that millions of viewers tune in to watch her dispense judgment on disputes before her.  Defendants tarred that reputation in an instant by blasting out lies about Plaintiff to millions.

16

49.     Those lies have harmed the reputation of Plaintiff, protected by Fla. Const. art. I, § 4, by stating that she supports two of the most notorious criminals in recent American history and/or thought that their conviction was not fair.

50.     Plaintiff is embarrassed, humiliated and shamed by the false statements.

51.     By tarnishing Plaintiff's reputation as a fair-minded and good judge of character and facts, Defendants' lies have injured Plaintiff by deterring viewers from watching her shows.

52.     These lies have injured and, as they continue to circulate, continue to and will injure, Plaintiff by discouraging parties from bringing their disputes before her because of the injury to Plaintiff's reputation as a fair-minded and good judge of character and facts.

53.     These lies have injured and, as they continue to circulate, continue to and will injure, Plaintiff by injuring her reputation in legal circles, reducing her opportunities to pursue new contacts and businesses because of the injury to Plaintiff's reputation as a fair-minded and good judge of character and facts.

54.     These lies have injured Plaintiff by causing her emotional harm.

55.     Defendants published the false statements with malice or ill will towards Plaintiff. Specifically, these Defendants' recent publications were merely the latest among a series of false statements, including some published in 2017, that targeted Plaintiff.  Additionally, days after Plaintiff provided notice of an intention to seek redress for their false and defamatory statements, Defendants published the same false and defamatory statements both online and in print in the April 22, 2024, edition of *National Enquirer*, despite having (partially) removed those same false and defamatory statements the week prior upon realizing the statements were false and defamatory. Finally, even though Defendants in part removed the April 10, 2024, *InTouch Weekly* article and the Instagram post associated with it, they did not remove the same article from their News Break

account.[21] Thus, Defendants knew the article was false and defamatory but only took steps to remove their most visible posts on the Internet, leaving the false and defamatory posts on less detectable parts of the Internet to continue defaming Plaintiff.

56.    Such tactics are par for the course for A360 Media, LLC, as Mr. Pecker acknowledged in testifying that the *National Enquirer* frequently used publication, or the threat of publication, to achieve ulterior motives such as "leverage."[22]

57.    Plaintiff has complied with Fla. Stat. § 770.01 by serving each Defendant with a written notice specifying the alleged false or defamatory articles and statements at least five days prior to filing this complaint.

58.    Defendants have not issued a full and fair correction, apology, or retraction in a conspicuous place and type as said original title.

---

[21] Ex. E. (John Quinn, *Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder*, InTouch Weekly, April 10, 2024, *available at* https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s-quest-to-save-the-menendez-brothers-nearly-35-years-after-their-parents-murder.)

[22] Transcript of Cross Examination of David Pecker at 1272-73, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 25, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-25-2024/00175.html; *id.* at 1293-95, *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-25-2024/00196.html; Transcript of Redirect Examination of David Pecker at 1468, *The People of the State of New York v. Donald J. Trump*, IND-71543-23/001 (N.Y, Sup. Court April 26, 2024), *available at* https://pdfs.nycourts.gov/PeopleVs.DTrump-71543/transcripts/4-26-2024/00138.html.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff Judge Sheindlin prays for judgment against defendants Accelerate360 and A360 Media, LLC as follows:

1.      For an award of general and special damages in amount in an excess of the minimum jurisdictional limits of this Court in accordance with proof at trial together with interest thereon at the maximum legal rate;

2.      For costs of suit incurred herein; and

3.      For such other and further relief as to this court may deem and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff Judge Sheindlin hereby demands a trial by jury on all issues so triable.

## **DEMAND FOR SPEEDY TRIAL**

Pursuant to Fla. Stat. § 415.1115, Plaintiff Judge Sheindlin requests the court advance the trial in the instant case.

Respectfully submitted,

**SHUBIN LAW GROUP, P.A.**
*Counsel for Plaintiff*
100 SE 2nd Street, Suite 4020
Miami, Florida 33131
Telephone: (305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinlawgroup.com
dhelfand@shubinlawgroup.com
eservice@shubinlawgroup.com


By: /s/ *John K. Shubin*
        John K. Shubin
        Fla. Bar No. 771899
        Dylan M. Helfand
        Fla. Bar No. 1009129


**ELLIS GEORGE LLP**
Eric M. George (CA Bar No.
166403) (*Application forthcoming
for admission pro hac vice*)
  egeorge@ellisgeorge.com
Katherine A. Petti (CA Bar No.
339052) (*Application forthcoming
for admission pro hac vice*)
  kpetti@ellisgeorge.com
Vincent H. Li (NY Bar No. 5813340)
(*Application forthcoming for
admission pro hac vice*)
  vli@ellisgeorge.com

2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

20

# Exhibit "A"

The Wayback Machine - https://web.archive.org/web/20240410142407/https://www.intouchweekly.com/posts/inside-judge-judys-quest-to-save…



LOGIN    SUBSCRIBE



Ted Soqui/Sygma via Getty Images, Aaron Rapoport/Corbis/Getty Images

## TOP STORIES

'Octomom' Nadya Suleman Is a
Proud Mom of 14: See Her Kids
Today!

Birthday Chaos! Jessa Duggar
Shares Look Inside Messy Living
Room: Photos

Look How Much the Little
Couple's Kids Will and Zoey
Have Grown Up

Every Look From the
Kardashian-Jenner Family at
the 2021 Met Gala

Gabby Petito's Texts Show
'More and More Tension' With
Brian Laundrie

**Inside Judge Judy's Quest to Save the Menendez
Brothers Nearly 35 Years After Their Parents' Murder**

TRUE CRIME    Apr 10, 2024 10:24 am  •  By John Quinn

Convicted killers Lyle and Erik Menendez, who were each given two consecutive life sentences for the 1989 murders of their mom and dad, have gained a powerful ally in their quest for a retrial — Judge Judy Sheindlin.

According to the popular TV jurist, the proceedings that put the brothers in prison were "rigged!"

Sheindlin, 81, sat in on much of the pair's second trial in the 1990s after their first ended with deadlocked juries. But in the FOX Nation docuseries *Menéndez Brothers: Victims or Villains*, the expert recalls realizing Superior Court **Judge Stanley M. Weisberg** intended to run the second trial in a "very, very different" manner than he had the first.

 **'MENENDEZ BROTHERS: VICTIMS OR VILLAINS' DOCUSERIES: PREMIERE, TRAILER**

Initially, Lyle and Erik (now 56 and 53, respectively) confessed they used 12-gauge shotguns to kill their parents — record exec José and housewife Kitty — as the couple ate snacks and watched TV in their Beverly Hills mansion.

However, the siblings also argued they acted out of fear after years of horrific emotional, physical and sexual abuse at their father's hands as their mother willfully ignored their anguish.

But during the second trial, Weisberg blocked all expert testimony supporting the contention the suspects were victimized as prosecutors labeled their defense the "abuse excuse."

Sheindlin says she begged Leslie Abramson — defense attorney for the accused — to demand Weisberg recuse himself in favor of a new trial judge, but the seasoned lawyer dismissed the idea by saying, "Better the devil you know."


**DEAL** OF THE DAY

Thinning Hair? This $3 Tool Stimulates Hair Growth — Fast!

VIEW DEAL

 **INSIDE THE MENENDEZ BROTHERS CASE: TRIAL, PRISON SENTENCES AND MORE**

Both men were ultimately convicted of two counts of first-degree murder on March 20, 1996.

As previously reported, the duo is now seeking a hearing that could lead to a retrial. In a recent petition, their lawyer **Cliff Gardner** insists he has uncovered evidence bolstering the brothers' case they were, in fact, tormented and tortured by their father. The new information comes in the form of two unearthed letters written by 18-year-old Erik to a bandmate and a cousin — before the murders occurred — in which he revealed the horrors of his father's abuse.

But one legal expert believes it's unlikely the notes will result in a retrial. "New evidence of this type is certainly compelling into giving these individuals their due process," says New York criminal defense attorney **Pete Gleason**. "Unfortunately, courts are reluctant to push the restart button, particularly in high-profile matters."

*Have a tip? Send it to us! Email In Touch at contact@intouchweekly.com.*

**TAGS:** **Erik Menendez | Inbook | lyle menendez | True Crime**



*Exclusive:* The Challenge's Kam Teases Wedding Plans With Leroy After Baby No. 2

*Exclusive:* Joe Biden's Shocking Transformation: What Plastic Surgeons Say



*Exclusive:* Hoda Kotb's Expenses 'Are Through the Roof': Sources

*Exclusive:* Kanye West's Kids 'Excited' for a Sibling as He and Bianca Try for a Baby



Who Is Flora Alekseyeva? Get to Know 'The Challenge' Competitor

*Exclusive:* Tucker Carlson's Children Are Registered Democrats Despite His Views



Gypsy Rose Blanchard's Husband Ryan Breaks Silence on Their Split

*Exclusive:* Bing Crosby's Son Nathaniel on NSFW Way He Learned Dad Was a Heartthrob



Look Back at Gypsy Rose and Husband Ryan's Cutest Photos Amid Split News

Abby and Brittany Hensel Clap Back at 'Loud' Comments After Abby's Wedding



Inside Ruby Franke's Child Abuse Case: Horrific Journal Entries Revealed

'Menendez Brothers: Victims or Villains' Docuseries: Premiere, Trailer



*Exclusive:* King Charles' Cancer Is 'Eating Him Alive': 'The Situation Is Desperate'

What Happened to Riley Strain? College Student's Body Found in River



**Royal Expert Says William Is 'Frustrated' With Kate Middleton Theories**

*Exclusive:* **Was Mitch McConnell's Sister-in-Law Murdered? CIA Sources Hint at Sabotage**

**In Touch Weekly**

News
Queen Elizabeth
Reality TV

**a360media**

Privacy Policy
Terms & Conditions
Contact Us

**Want more?**

## FOLLOW US!

Sign up for our e-newsletter

In Touch Weekly has affiliate partnerships so we may receive compensation for some links to products and services.

In Touch Weekly is part of the a360media Entertainment Group,
Copyright © a360media 2024, All Rights Reserved

True Crime

Entertainment

OMG!

Style

Must-Haves

Newsletter
Do Not Sell

About Us

Subscriber Service

Shop Special Issues

Accessibility Statement

Cookie Policy

Media Kit



SUBSCRIBE!

GIVE AS A GIFT

SUBSCRIBER SERVICES

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

# Exhibit "B"

☰

Sign in

🔍 Search the web

Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘+F (Mac) and use the find bar.



### Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder

Michael Gioia
Wed, April 10, 2024 at 3:03 AM PDT
2 min read

 

Sign in



Convicted killers **Lyle** and **Erik Menendez**, who were each given two consecutive life sentences for the 1989 murders of their mom and dad, have gained a powerful ally in their quest for a retrial — **Judge Judy Sheindlin**.

Sign in

🔍

the second trial in a "very, very different" manner than he had the first.

ADVERTISEMENT

Advertisement

Initially, Lyle and Erik (now 56 and 53, respectively) confessed they used 12-gauge shotguns to kill their parents — record exec **José** and housewife **Kitty** — as the couple ate snacks and watched TV in their Beverly Hills mansion.

However, the siblings also argued they acted out of fear after years of horrific emotional, physical and sexual abuse at their father's hands as their mother willfully ignored their anguish.

But during the second trial, Weisberg blocked all expert testimony supporting the contention the suspects were victimized as prosecutors labeled their defense the "abuse excuse."

Sheindlin says she begged **Leslie Abramson** — defense attorney for the accused — to demand Weisberg recuse himself in favor of a new trial judge, but the seasoned lawyer dismissed the idea by saying, "Better the devil you know."

ADVERTISEMENT

Sign in

Both men were ultimately convicted of two counts of first-degree murder on March 20, 1996.

As previously reported, the duo is now seeking a hearing that could lead to a retrial. In a recent petition, their lawyer **Cliff Gardner** insists he has uncovered evidence bolstering the brothers' case they were, in fact, tormented and tortured by their father. The new information comes in the form of two unearthed letters written by 18-year-old Erik to a bandmate and a cousin — before the murders occurred — in which he revealed the horrors of his father's abuse.

But one legal expert believes it's unlikely the notes will result in a retrial. "New evidence of this type is certainly compelling into giving these individuals their due process," says New York criminal defense attorney **Pete Gleason**. "Unfortunately, courts are reluctant to push the restart button, particularly in high-profile matters."

💬 View comments

## RECOMMENDED STORIES

Life & Style
**'AGT' Judges Sofia Vergara and Heidi Klum Are 'Civil' for Cameras — but Things Are Forced Behind the Scenes**



1d ago

Sign in

🔍

8h ago



TheBlast

**Did Jax Taylor's Poor Bedroom Performance Contribute To Brittany Cartwright Split?**



12h ago

Fox News

**Abusive Utah mommy blogger accomplice's $5M fortress with panic room for sale after guilty plea**



10h ago

Fox News

**Search for missing South Carolina cruise passenger complicated by jungle terrain as family demands US help**



8h ago

Fox News

**Pennsylvania man arrested after mother found covered in dried feces, 'fused' to soiled bedsheets**



16h ago

Sign in

12h ago



Prevention

**Valerie Bertinelli Discusses Ozempic and Trying to 'Lose 10 Pounds in a Week'**



14h ago

People

**U.S. Coast Guard Rescues 2 Children and 3 Adults 'Clinging Onto' Capsized Boat in Florida**

2d ago

Yahoo!

Movies

TV + Streaming

How to Watch

Music

Celebrity

Books

The It List

Interviews

Yahoo Picks

Terms and Privacy Policy

Your Privacy Choices

CA Privacy Notice

Help

y!entertainment

Sign in

© 2024 Yahoo. All rights reserved.

# Exhibit "C"



National Enquirer - April 22, 2024 Reader - ZINIO

# Exhibit "D"



NEWS FLASH!

Attorney Leslie Abramson defended brothers Erik (left) and Lyle, who were accused and convicted of murdering their parents

Judy Sheindlin believes the legal proceedings were "rigged"

JUDGE JUDY SHEINDLIN

# BALONEY!

## Judge Judy on warpath to save Menéndez bros

CONVICTED killers Lyle and Erik Menéndez, who were each slammed with two consecutive life sentences for the 1989 murders of their mom and dad, have gained a powerful ally in their quest for a retrial — Judge Judy Sheindlin!

According to the popular TV jurist, the proceedings that put the brothers in the big house were "rigged!"

Sheindlin, 81, sat in on much of the pair's second trial in the 1990s after their first ended with deadlocked juries. But in the FOX Nation docuseries Menéndez



Kitty and José died Aug. 20, 1989

Brothers: Victims or Villains, the mouthy expert recalls realizing Superior Court Judge Stanley M. Weisberg intended to run the second trial in a "very, very different" manner than he had the first!

Initially, Lyle and Erik — now 56 and 53 — confessed they used 12-gauge shotguns to blow away their parents — record exec José and housewife Kitty — as the couple ate snacks and watched TV in their Beverly Hills mansion.

However, the siblings also argued they acted out of fear after years of horrific emotional, physical and sexual abuse at their father's hands as their mother willfully ignored their anguish.



Judge Stanley M. Weisberg

But during the second trial, Weisberg blocked all expert testimony supporting the contention the suspects were victimized as sneering prosecutors labeled their defense the "abuse excuse."

Sheindlin says she begged Leslie Abramson — defense attorney for the accused — to demand Weisberg recuse himself in favor of a new trial judge, but the seasoned lawyer dismissed the idea by saying, "Better the devil you know."

Both men were ultimately convicted of two counts of first-degree murder on March 20, 1996.

As The National ENQUIRER previously reported, the duo is now seeking a hearing that could lead to a retrial.

In a recent petition, their lawyer Cliff Gardner insists

he has uncovered evidence bolstering the brothers' case they were, in fact, tormented and tortured by their sex freak father.

The new information comes in the form of two unearthed letters written by 18-year-old Erik to a bandmate and a cousin — BEFORE the murders occurred — in which he revealed the horrors of his father's abuse.

But one legal eagle believes it's unlikely the notes will result in a retrial.

"New evidence of this type is certainly compelling into giving these individuals their due process," says New York criminal defense attorney Pete Gleason. "Unfortunately, courts are reluctant to push the restart button, particularly in high-profile matters." NE

Cliff Gardner



# Exhibit "E"

Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Ye...          https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s...

 NEWSBREAK

Open in App

Get **New York, NY** updates delivered to you daily. Free and customizable.

| Your email address | Subscribe |
| --- | --- |

By signing up for our newsletter, you agree to our Terms of Use and Privacy Policy .

 In Touch Weekly

# Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Years After Their Parents' Murder

By John Quinn, 2024-04-10



Ted Soqui/Sygma via Getty Images, Aaron Rapoport/Corbis/Getty Images

Convicted killers Lyle and Erik Menendez, who were each given two consecutive life sentences for the 1989 murders of their mom and dad, have gained a powerful ally in their quest for a retrial — Judge Judy Sheindlin.

According to the popular TV jurist, the proceedings that put the brothers in prison were "rigged!"

Sheindlin, 81, sat in on much of the pair's second trial in the 1990s after their first ended with deadlocked juries. But in the FOX Nation docuseries *Menéndez Brothers: Victims or Villains*, the expert recalls realizing Superior Court **Judge Stanley M. Weisberg** intended to run the second trial in a "very, very different" manner than he had the first.

Initially, Lyle and Erik (now 56 and 53, respectively) confessed they used 12-gauge shotguns to kill their parents — record exec **José** and housewife **Kitty** — as the couple ate snacks and watched TV in their Beverly Hills mansion.

However, the siblings also argued they acted out of fear after years of horrific emotional, physical and sexual abuse at their father's hands as their mother willfully ignored their anguish.

But during the second trial, Weisberg blocked all expert testimony supporting the contention the suspects were victimized as prosecutors labeled their defense the "abuse excuse."

Sheindlin says she begged Leslie Abramson — defense attorney for the accused — to demand Weisberg recuse himself in favor of a new trial judge, but the seasoned lawyer dismissed the idea by saying, "Better the devil you know."

Both men were ultimately convicted of two counts of first-degree murder on March 20, 1996.

As previously reported, the duo is now seeking a hearing that could lead to a retrial. In a recent petition, their lawyer **Cliff Gardner** insists he has uncovered evidence bolstering the brothers' case they were, in fact, tormented and tortured by their father. The new information comes in the form of two unearthed letters written by 18-year-old Erik to a bandmate and a cousin — before the murders occurred — in which he revealed the horrors of his father's abuse.

Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Ye...          https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s...

But one legal expert believes it's unlikely the notes will result in a retrial. "New evidence of this type is certainly compelling into giving these individuals their due process," says New York criminal defense attorney **Pete Gleason**. "Unfortunately, courts are reluctant to push the restart button, particularly in high-profile matters."



587+

Comments / 296

Add a Comment

**BratzBoo** 04-11

Their dad was a pedo and their mom knew and did nothing, yes they killed their parents but it should of been voluntary manslaughter not murder 1. yall was OK with Gypsy rose getting out after killing her mom so what's the difference!

Reply(37)      156

**Roman Aguilar** 04-11

There is still no excuse to murder both parents they could have just moved out of the house and stop communicating with them if they were that bad.

Reply(9)      52

View all comments >

**YOU MAY ALSO LIKE**

 Most Popular

**Las Vegas Couple Sues 'Property Brothers' for Millions: Inside Biohazardous Lawsuit**

5/13/2024, 11:04 AM

Inside Judge Judy's Quest to Save the Menendez Brothers Nearly 35 Ye...          https://www.newsbreak.com/news/3398487606397-inside-judge-judy-s...

Las Vegas, NV  4 days ago

---

### Adam Montgomery Shows Up and Gets Max Sentence for Killing Daughter, Harmony

Manchester, NH  3 days ago

---

### Man who beat children, 2 & 3, over dirty bedroom is sentenced

Ringgold, GA  19 days ago

---

### What Happened to Michelle 'Mimi' Theriot on 'OutDaughtered'? Inside Her 2020 DUI Arrest

League City, TX  3 days ago

---

### Freed Jacksonville man sues after 44 years in prison

Jacksonville, FL  25 days ago

---

### KTLA's Sam Rubin Dead at Age 64: Legendary Entertainment Reporter Dies After Reported Heart Attack

Los Angeles, CA  2 days ago

---

### Britney Spears' Family 'Thinks She Needs Help' After Conservatorship: 'They're Considering Their Options'

Los Angeles, CA  2 days ago

# Exhibit "F"

4/24/24, 7:19 PM                                            BALONEY!

 MAGZTER                                                

Magazines     Newspapers     Stories     Download App

Try GOLD - Free ≫

# BALONEY!

National Enquirer  |  April 22, 2024

___

Judge Judy on warpath to save Menendez bros



CONVICTED killers Lyle and Erik Menéndez, who were each slammed with two consecutive life sentences for the 1989 murders of their mom and dad, have gained a powerful ally in their quest for a retrial Judge Judy Sheindlin!

According to the popular TV jurist, the proceedings that put the brothers in the big house were "rigged!"

Sheindlin, 81, sat in on much of the pair's second trial in the 1990s after their first ended with deadlocked juries. But in the FOX Nation docuseries Menéndez Brothers: Victims or Villains, the mouthy expert recalls realizing Superior Court Judge Stanley M. Weisberg intended to

This story is from the April 22, 2024 edition of National Enquirer.

Start your 7-day Magzter GOLD free trial to access thousands of curated premium stories, and 8,500+ magazines and newspapers.

**START YOUR FREE TRIAL**

Already a subscriber ? Sign In

4/24/24, 7:19 PM                                                    BALONEY!





**MORE STORIES FROM NATIONAL ENQUIRER**                                          View All ›



NATIONAL ENQUIRER
**ABOVE THE LAW!**

Explosive court papers dish
Scientology warred on
lawmen to protect Masterso...

🕐 3 mins | April 29, 2024



NATIONAL ENQUIRER
**NEW WALLOP FOR WILD
MAN WALLEN!**

More rehab & Worse after
latest boozy bust

🕐 1 min | April 29, 2024

Download the Magzter app to discover exciting app-only offers and features

**Download the app**

4/24/24, 7:19 PM                                         BALONEY!



Follow Us on

   

**ABOUT**

About Us

Press

Testimonials

Careers

**HELP**

Contact Us

Site Map

Feedback

**MORE INFORMATION**

Corporate Offers

Press - Media Kit

**PUBLISHERS**

Publisher Login

Publish on Magzter

Publisher Support

**POLICY**

Privacy Policy

Terms & Conditions

© 2011 - 2024. All rights reserved. Magzter Inc

English(UK)   Japanese   German   Spanish   Turkish   Arabic

   

v8.31.507