# Exhibit C

11-2024-CA-001004-0001-XX

Filing # 198176964 E-Filed 05/13/2024 02:01:18 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

      **I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>TWENTIETH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>COLLIER</u>   COUNTY, FLORIDA

<u>Judge Judy Sheindlin</u>
Plaintiff

vs.

<u>A360 Media, LLC, Accelerate360</u>
Defendant

Case # _____
Judge  _____

_____

      **II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

      **III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ yes
  ☒ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

**IX.  DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
  ☐ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ John K Shubin        Fla. Bar # 771899
       Attorney or party               (Bar # if attorney)

John K Shubin             05/14/2024
 (type or print name)           Date

- 3 -

11-2024-CA-001004-0001-XX

Filing # 198176964 E-Filed 05/13/2024 02:01:18 PM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN, professionally
known as JUDGE JUDY,

               Plaintiff,

v.

Accelerate360 and A360 Media, LLC,


               Defendants.

Case No.

**SUMMONS**

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

        **A360 Media**
        **c/o C T Corporation System**
        **1200 South Pine Island Road**
        **Plantation, FL 33324**

      Each defendant is required to serve written defense(s) to the complaint or petition on Plaintiff's attorneys, John K. Shubin, Esq. and Dylan M. Helfand, Esq., Shubin Law Group, P.A. whose address is 100 SE 2nd Street, Suite 4020, Miami, Florida 33131 within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint.

Dated: _____05/14/2024_____

Crystal K. Kinzel, Clerk & Comptroller

By: _E Santiago_____
Deputy Clerk

1

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Brooke Dean, Operations Division Manager, Lee County Justice Center, 1700 Monroe Street, Fort Myers, FL 33901, telephone number (239) 533-1771 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

11-2024-CA-001004-0001-XX

Filing # 198176964 E-Filed 05/13/2024 02:01:18 PM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN, professionally          Case No.
known as JUDGE JUDY,

                         Plaintiff,

        v.

Accelerate360 and A360 Media, LLC,

                         Defendants.

**SUMMONS**

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

        YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this
action on Defendant:

        **Accelerate360**
        **c/o C T Corporation System**
        **1200 South Pine Island Road**
        **Plantation, FL 33324**

        Each defendant is required to serve written defense(s) to the complaint or petition on
Plaintiff's attorneys, John K. Shubin, Esq. and Dylan M. Helfand, Esq., Shubin Law Group, P.A.
whose address is 100 SE 2nd Street, Suite 4020, Miami, Florida 33131 within 20 days after service
of this summons on that defendant, exclusive of the day of service, and to file the original of the
defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately
thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the
relief demanded in the complaint.

Dated: 05/14/2024                          Crystal K. Kinzel, Clerk & Comptroller

                                           By: _E Santiago_____
                                                Deputy Clerk

1

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Brooke Dean, Operations Division Manager, Lee County Justice Center, 1700 Monroe Street, Fort Myers, FL 33901, telephone number (239) 533-1771 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                  CIVIL ACTION

Judge Judy Sheindlin
      Plaintiff(s),

vs.                                        CASE NO:  11-2024-CA-001004-0001-XX

A360 Media Llc
Accelerate360
      Defendant(s).

## STANDING ORDER IN CIRCUIT CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT

    PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit, the parties are ordered to adhere to the following information and procedures applicable to civil lawsuits:

1. **SERVICE OF THIS ORDER.**  The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service. The Plaintiff shall pay the appropriate statutory clerk's fees on copies for each Standing Order issued and attached to the Summons.

2. **CIVIL CASE MANAGEMENT SYSTEM.**  The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases (other than residential foreclosures, involuntary commitment of sexually violent predators, Extraordinary Writs, 90 day Notice of Medical Malpractice Claim, and Administrative Appeals), the parties are required to participate in the case management system. The Court will issue a Case Management Plan after 150 days of the filing of a case in the event the parties have not submitted an Agreed Case Management Plan that has been approved by the Court. However, if it becomes necessary to amend the court-issued Case Management Plan, the parties may submit an Agreed Case Management Plan, subject to approval by the Court, or if the parties cannot agree on an Amended Plan, the parties may request a case management conference. The form of the Agreed Case Management Plan may be accessed at the Court's website at: http://www.ca.cjis20.org/web/main/civil.asp. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

   Unless all of the Defendants have been served and have defaulted, an Agreed Case Management Plan will be submitted to the Civil Case Manager via email at collieragreedplan@ca.cjis20.org on or before 150 days from the date of filing the initial complaint.

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).**  ADR provides parties with an out-of-court alternative to settling disagreements. The Court requires the parties to

participate in ADR prior to trial. Mediation is mandatory unless the parties agree to another form of ADR. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties. The Court, at its discretion, may order the case be referred to Non-Binding Arbitration. Non-Binding Arbitration is the process in which the court refers a case to a registered arbitrator, or panel of arbitrators, who will hear evidence and make an award which may become a final judgment if a Motion for Trial De Novo is not timely filed pursuant to Fla. R. Civ. P. 1.820(h).

4. **FAILURE TO PROSECUTE.**  The Court will issue a Notice of Intent to Dismiss a case if there is no record of activity within a ten (10) month period of time.

5. **RULES OF PROFESSIONALISM.**  The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp.

**DONE AND ORDERED** in Chambers at Naples, Collier County, Florida, on this 14th of May, 2024

_____
Ramiro Manalich, Circuit Judge

**CRYSTAL K. KINZEL**

**RECEIPT**

1451450

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
COLLIER COUNTY, FLORIDA

Printed On:

05/14/2024 04:30

Page 1 of 1

| Receipt Number: 1451450 - Date 05/14/2024  Time 4:30PM | | | |
|---|---|---|---|
| **Received of:** | Shubin Law Group. P.A. | | |
| **Cashier Name:** | efiling account | **Balance Owed:** | 420.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 420.00 |
| **Receipt ID:** | 2497555 | **Remaining Balance:** | 0.00 |
| **Division:** | | | |

| Case# 11-2024-CA-001004-0001-XX -- Plaintiff: Sheindlin, Judge Judy | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 420.00 | 420.00 | 0.00 |
| **Case Total** | **420.00** | **420.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 11225137 | **420.00** |
| **Total Received** | | **420.00** |
| **Total Paid** | | **420.00** |

Filing # 198476385 E-Filed 05/16/2024 01:39:56 PM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

| | |
|---|---|
| JUDGE JUDY SHEINDLIN professionally known as JUDGE JUDY | Case No. 11-2024-CA-001004-0001-XX |
| Plaintiff, | |
| v. | |
| Accelerate360 and A360 Media, LLC, | |
| Defendants. | |

**ERIC M. GEORGE'S MOTION FOR ADMISSION TO APPEAR PRO HAC VICE
ON BEHALF OF PLAINTIFF JUDGE JUDY SHEINDLIN**

Eric M. George (referred to herein as "Movant"), pursuant to Rule 2.510, Florida Rules of General Practice and Judicial Administration, moves to appear pro hac vice in this action on behalf of Plaintiff Judge Judy Sheindlin ("Plaintiff" or "Judge Judy") and, in support thereof, respectfully states the following:

1.  Movant resides in Los Angeles, California. Movant is not a resident of the State of Florida.

2.  Movant is an attorney and a member of the law firm of Ellis George, LLP with offices at 2121 Avenue of the Stars, 30th Floor, Los Angeles, California 90067. Movant's telephone number is (310) 274-7100.

3.  Movant was retained by Plaintiff Judge Judy on or about April 10, 2024, as a member of the above-named law firm to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 05/16/2024 01:39:56 PM

4.      Movant is an active member in good standing and currently eligible to practice law in the following jurisdictions:

      a.   California (Bar No. 166403).

      b.   New York (Bar No. 4932679).

      c.   District of Columbia (Bar No. 992046).

5.      A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Movant in contempt in the preceding 5 years.

6.      Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.      Movant is not an inactive member of The Florida Bar.

8.      Movant is not now a member of The Florida Bar.

9.      Movant is not a suspended member of The Florida Bar.

10.      Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11.      Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

12.      Movant has not filed a motion to appear as counsel in any Florida state court during the past five years.

13.      Local counsel of record associated with Movant in this matter is John K. Shubin, Esq. (Florida Bar No. 77189) who is an active member in good standing of The Florida Bar and

has offices at 100 SE 2nd Street, Suite 4020, Miami, Miami-Dade County, Florida 33131. Mr. Shubin's telephone number is (305) 381-6060.

14.     Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating the Florida Bar and certifies that this verified motion complies with those rules.

15.     Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

**WHEREFORE**, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 16th day of May 2024.

> Eric M. George
> 2121 Avenue of the Stars
> 30th Floor
> Los Angeles, California 90067
> (310) 274-7100
> egeorge@ellisgeorge.com

STATE OF CALIFORNIA                      )
                                         )
COUNTY OF LOS ANGELES                    )


I, Eric M. George, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.


By: /s/ <i>Eric M. George</i>          <br>
Eric M. George


## CONSENT TO LOCAL COUNSEL DESIGNATION

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 16th day of May, 2024.

By: /s/ <i>John K. Shubin</i>          <br>
John K. Shubin<br>
Fla. Bar No. 771899<br>
SHUBIN LAW GROUP, P.A.<br>
100 SE 2nd Street, Suite 4020<br>
Miami, Florida 33131<br>
Telephone: (305) 381-6060<br>
Facsimile: (305) 381-9457<br>
jshubin@shubinlawgroup.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyer appearances in a Florida court or has notified The Florida Bar of movant's request for a judicial waiver of said fees.**


DATED this 16th day of May, 2024

/s/ <i>Eric M. George</i>          <br>
Movant

Filing # 198476385 E-Filed 05/16/2024 01:39:56 PM

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN professionally
known as JUDGE JUDY

                    Plaintiff,

        v.

Accelerate360 and A360 Media, LLC,


                    Defendants.

Case No. 11-2024-CA-001004-0001-XX

**VINCENT H. LI'S MOTION FOR ADMISSION TO APPEAR PRO HAC VICE
ON BEHALF OF PLAINTIFF JUDGE JUDY SHEINDLIN**

      Vincent H. Li (referred to herein as "Movant"), pursuant to Rule 2.510, Florida Rules of General Practice and Judicial Administration, moves to appear pro hac vice in this action on behalf of Plaintiff Judge Judy Sheindlin ("Plaintiff" or "Judge Judy") and, in support thereof, respectfully states the following:

      1.     Movant resides in Ridgewood, New Jersey. Movant is not a resident of the State of Florida.

      2.     Movant is an attorney and a member of the law firm of Ellis George, LLP with offices at 2121 Avenue of the Stars, 30th Floor, Los Angeles, California 90067. Movant's telephone number is (310) 274-7100.

      3.     Movant was retained by Plaintiff Judge Judy on or about April 10, 2024, as a member of the above-named law firm to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 05/16/2024 01:39:56 PM

4.      Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction:

      a.   New York (Bar No. 5813340).

5.      A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Movant in contempt in the preceding 5 years.

6.      Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.      Movant is not an inactive member of The Florida Bar.

8.      Movant is not now a member of The Florida Bar.

9.      Movant is not a suspended member of The Florida Bar.

10.     Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11.     Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

12.     Movant has not filed a motion to appear as counsel in any Florida state court during the past five years.

13.     Local counsel of record associated with Movant in this matter is John K. Shubin, Esq. (Florida Bar No. 77189) who is an active member in good standing of The Florida Bar and has offices at 100 SE 2nd Street, Suite 4020, Miami, Miami-Dade County, Florida 33131. Mr. Shubin's telephone number is (305) 381-6060.

2

14.    Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating the Florida Bar and certifies that this verified motion complies with those rules.

15.    Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

**WHEREFORE**, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 16th day of May 2024.

> Vincent H. Li
> 2121 Avenue of the Stars
> 30th Floor
> Los Angeles, California 90067
> (310) 274-7100
> vli@ellisgeorge.com

3

STATE OF CALIFORNIA          )
                                          )

COUNTY OF LOS ANGELES    )

I, Vincent H. Li, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

By: /s/ *Vincent H. Li*
Vincent H. Li

## CONSENT TO LOCAL COUNSEL DESIGNATION

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 16th day of May, 2024.

By: /s/ *John K. Shubin*
John K. Shubin
Fla. Bar No. 771899
SHUBIN LAW GROUP, P.A.
100 SE 2nd Street, Suite 4020
Miami, Florida 33131
Telephone: (305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyer appearances in a Florida court or has notified The Florida Bar of movant's request for a judicial waiver of said fees.**

DATED this 16th day of May, 2024

/s/ *Vincent H. Li*
Movant

4

**CRYSTAL K. KINZEL**

**RECEIPT**

1452157

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
COLLIER COUNTY, FLORIDA

Printed On:

05/17/2024 08:11

Page 1 of 1

| Receipt Number: 1452157 - Date 05/17/2024  Time 8:11AM | | | |
|---|---|---|---|
| **Received of:** | Shubin Law Group. P.A. | | |
| **Cashier Name:** | efiling account | **Balance Owed:** | 200.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 200.00 |
| **Receipt ID:** | 2498308 | **Remaining Balance:** | 0.00 |
| **Division:** | | | |

| Case# 11-2024-CA-001004-0001-XX -- Plaintiff: Sheindlin, Judge Judy | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 200.00 | 200.00 | 0.00 |
| **Case Total** | **200.00** | **200.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 11264237 | **200.00** |
| **Total Received** | | **200.00** |
| **Total Paid** | | **200.00** |

Filing # 199699302 E-Filed 06/03/2024 01:38:37 PM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN, professionally
known as JUDGE JUDY,

        Plaintiff,

                                Case No. 11-2024-CA-001004-0001-XX

    v.

ACCELERATE360 and A360 MEDIA, LLC,

        Defendants.

_____/

**MOTION TO EXTEND DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

        Defendants, Accelerate360 and A360 Media, LLC, respectfully request an extension of their time to answer or otherwise respond to Plaintiff's Complaint in this action.

        1.      Plaintiff filed her Complaint in this action on May 13, 2024.

        2.      Plaintiff served Defendants with the Summons and Complaint on May 16, 2024, and Defendants' deadline to answer or otherwise respond to the Complaint is currently June 5, 2024.

        3.      Defendants request an additional 30 days to investigate Plaintiff's claims and their defenses in this action before answering or otherwise responding to Plaintiff's Complaint.

        4.      Plaintiff has no objection to the proposed extension.

        5.      This motion is filed in good faith and not for delay or any other improper purpose.

        6.      A proposed order is provided for the Court's convenience.

        WHEREFORE, Defendants respectfully request that the Court enter an order extending their deadline to respond to the Complaint through and until July 5, 2024.

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 06/03/2024 01:38:37 PM

Dated: June 3, 2024                     Respectfully submitted,

                                        By: */s/ Charles D. Tobin*
                                        Charles D. Tobin
                                        Florida Bar No. 816345
                                        **BALLARD SPAHR LLP**
                                        1909 K Street, NW, 12th Floor
                                        Washington, DC 20006-1157
                                        Tel.: (202) 661-2218
                                        tobinc@ballardspahr.com

                                        Jacquelyn N. Schell (NY Bar No. 111002)
                                        *(pro hac vice application forthcoming)*
                                        **BALLARD SPAHR LLP**
                                        1675 Broadway, 19th Floor
                                        New York, NY 10019
                                        Tel: (212) 223-0200
                                        Fax: (212)223-1942
                                        schellj@ballardspahr.com

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, a true and correct copy of the foregoing was

filed using the Florida Courts E-Filing Portal which will send a notice of electronic filing to the

following:

John K. Shubin
Fla. Bar No. 771899
Dylan M. Helfand
Fla. Bar No. 1009129
**SHUBIN LAW GROUP, P.A.**
100 SE 2nd Street, Suite 4020
Miami, Florida 33131
Telephone: (305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinlawgroup.com
dhelfand@shubinlawgroup.com
eservice@shubinlawgroup.com


Additionally, a true and correct copy of the foregoing was emailed to:

Eric M. George (CA Bar No. 166403)
(*Application forthcoming*
*for admission pro hac vice*)
egeorge@ellisgeorge.com
Katherine A. Petti (CA Bar No. 339052)
(*Application forthcoming*
*for admission pro hac vice*)
kpetti@ellisgeorge.com
Vincent H. Li (NY Bar No. 5813340)
(*Application forthcoming for*
*admission pro hac vice*)
vli@ellisgeorge.com
**ELLIS GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697


By: */s/ Charles D. Tobin*
    Charles D. Tobin
    Florida Bar No. 816345

3

# Ballard Spahr
LLP

_____

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

June 3, 2024

*Via E-Filing Portal*

The Honorable Ramiro Mañalich
Twentieth Judicial Circuit of Florida, in and
for Collier County
3315 Tamiami Trail East
Suite 405
Naples, FL 34112

Re:     Sheindlin v. Accelerate360, No. 11-2024-CA-001004-0001-XX

Dear Judge Mañalich:

Enclosed please find a copy of the proposed order that accompanies Defendants
Accelerate360 and A360 Media, LLC's Motion to Extend Time to Answer, which was
electronically filed on this day. Counsel for Plaintiff has reviewed the proposed order and
have no objection to its form.

Very truly yours,

Charles D. Tobin

Enclosure

cc:     All counsel of record (w/enclosure, via E-mail)

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN, professionally
known as JUDGE JUDY,

       Plaintiff,

                            Case No. 11-2024-CA-001004-0001-XX

   v.

ACCELERATE360 and A360 MEDIA, LLC,

       Defendants.

_____/

**AGREED ORDER GRANTING MOTION TO EXTEND DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

    **THIS CAUSE** is before the Court on the Defendants' Motion to Extend Defendants'

Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court having review the

Motion and being otherwise fully advised of the premises, it is hereby **ORDERED AND**

**ADJUDGED** that the Motion is **GRANTED**, and Defendants shall have through and until July

5, 2024, to file their answer or other response to Plaintiff's Complaint in this action.

Done and Ordered in Collier County, Florida.

eSigned by Manalich, Ramiro in 11-2024-CA-001004-0001-01 06/11/2024 16:52:53 w0vvl0Ok

Electronic Service List
Charles D Tobin <tobinc@ballardspahr.com>
Charles D Tobin <mendezc@ballardspahr.com>
Charles D Tobin <litdocket_east@ballardspahr.com>
Jacquelyn N. Schell <schellj@ballardspahr.com>
Jacquelyn N. Schell <relyear@ballardspahr.com>
Marguerite A. O'Brien <obrienma@ballardspahr.com>
John K Shubin <jshubin@shubinlawgroup.com>
John K Shubin <eservice@shubinlawgroup.com>
Dylan Michael Helfand <dhelfand@shubinlawgroup.com>
Dylan Michael Helfand <eservice@shubinlawgroup.com>

Dylan Michael Helfand <egomez@shubinlawgroup.com>



June 4, 2024

**Via Email/Online Services**

The Honorable Ramiro Mañalich
Collier County Courthouse
3315 Tamiami Trail East, Suite 405
Naples, FL 34112

     **Re: *Judge Judy Sheindlin v. Accelerate 360 et al.***
       **Case No. 11-2024-CA-001004-0001-XX**

Dear Judge Mañalich:

   Our firm represents Plaintiff Judge Judy Sheindlin in the above-referenced matter. We submit for your Honor's review Eric M. George's Motion for Admission to Appear *Pro Hac Vice* and Vincent H. Li's Motion for Admission to Appear *Pro Hac Vice* (the "Motions") and the accompanying proposed Orders granting the Motions.

   Thank you for your anticipated attention to this matter.  Please do not hesitate to contact us if we can be of further assistance.

       Respectfully,

       John K. Shubin, Esq.
       Dylan M. Helfand, Esq.
       For the firm

Enclosures
CC (via email):

John K. Shubin , Esq. (jshubin@shubinlawgroup.com )
Dylan M. Helfand, Esq. (dhelfand@shubinlawgroup.com)
*Counsel for Plaintiff*

Eric M. George, Esq. (egeorge@ellisegeorge.com)
Vincent H. Li, Esq. (vli@ellisgeorge.com)
*Counsel for Plaintiff (pro hac vice pending)*

WEST PALM BEACH
525 Okeechobee Blvd #1680
West Palm Beach, FL 33401

MIAMI
100 Southeast 2nd St #4020
Miami, FL 33131

TAMPA
615 Channelside Drive #204
Tampa, FL 33602

Shubinlawgroup.com | Tel (305) 381-6060 | Fax (305) 381-9457

IN THE CIRCUIT COURT OF THE 20ᵗʰ JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

| | |
|---|---|
| JUDGE JUDY SHEINDLIN professionally known as JUDGE JUDY | Case No. 11-2024-CA-001004-0001-XX |
| Plaintiff, | |
| v. | |
| Accelerate360 and A360 Media, LLC, | |
| Defendants. | |

## ORDER GRANTING ERIC M. GEORGE'S MOTION FOR ADMISSION TO APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF JUDGE JUDY SHEINDLIN

**THIS CAUSE** having come before the Court upon Eric M. George's Motion to Appear *Pro Hac Vice* on behalf of Plaintiff Judge Judy Sheindlin (the "Motion") (DE 8), and the Court having reviewed the Motion and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Eric M. George is permitted to appear in this Court, for this action only, on behalf of Plaintiff Judge Judy Sheindlin.

_Ramiro Manalich_

eSigned by Manalich, Ramiro in 11-2024-CA-001004-0001-01 06/11/2024 17:09:03 CpB5LlqB

Electronic Service List
Charles D Tobin <tobinc@ballardspahr.com>
Charles D Tobin <mendezc@ballardspahr.com>
Charles D Tobin <litdocket_east@ballardspahr.com>
Jacquelyn N. Schell <schellj@ballardspahr.com>
Jacquelyn N. Schell <relyear@ballardspahr.com>
Marguerite A. O'Brien <obrienma@ballardspahr.com>
John K Shubin <jshubin@shubinlawgroup.com>

John K Shubin <eservice@shubinlawgroup.com>
Dylan Michael Helfand <dhelfand@shubinlawgroup.com>
Dylan Michael Helfand <eservice@shubinlawgroup.com>
Dylan Michael Helfand <egomez@shubinlawgroup.com>

IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUDGE JUDY SHEINDLIN professionally
known as JUDGE JUDY

                  Plaintiff,

v.

Accelerate360 and A360 Media, LLC,

                  Defendants.

Case No. 11-2024-CA-001004-0001-XX

**ORDER GRANTING VINCENT H. LI'S MOTION FOR ADMISSION TO
APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF JUDGE JUDY SHEINDLIN**

    **THIS CAUSE** having come before the Court upon Vincent H. Li's Motion to Appear *Pro Hac Vice* on behalf of Plaintiff Judge Judy Sheindlin (the "Motion") (DE 9), and the Court having reviewed the Motion and being fully advised in the premises, it is hereby:

    **ORDERED ANDADJUDGED** that the Motion is**GRANTED**. Vincent H. Li is permitted to appear in this Court, for this action only, on behalf of Plaintiff Judge Judy Sheindlin.

*Ramiro Manalich*

eSigned by Manalich, Ramiro in 11-2024-CA-001004-0001-01 06/11/2024 17:10:04 zdyh0nRo

Electronic Service List
Charles D Tobin <tobinc@ballardspahr.com>
Charles D Tobin <mendezc@ballardspahr.com>
Charles D Tobin <litdocket_east@ballardspahr.com>
Jacquelyn N. Schell <schellj@ballardspahr.com>
Jacquelyn N. Schell <relyear@ballardspahr.com>
Marguerite A. O'Brien <obrienma@ballardspahr.com>

John K Shubin <jshubin@shubinlawgroup.com>
John K Shubin <eservice@shubinlawgroup.com>
Dylan Michael Helfand <dhelfand@shubinlawgroup.com>
Dylan Michael Helfand <eservice@shubinlawgroup.com>
Dylan Michael Helfand <egomez@shubinlawgroup.com>